# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**YOBANI CRUZ JIMENEZ,**

*Petitioner,*

v.

**DAVID O'NEILL, et al.**

*Respondents.*

Civil No.: 3:25-cv-00445-SLH-RAL

## STIPULATION OF DISMISSAL

The Petitioner, by and through undersigned counsel, and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to dismiss this matter, as the underlying controversy is now moot.

On March 9, 2026, the Immigration Court denied Petitioner's relief and granted Petitioner's request for Voluntary Departure. Accordingly, this matter is now moot.

Undersigned counsel conferred with Respondents' counsel, and all parties have stipulated that this matter should now be dismissed. Further, Petitioner affirms that each party shall bear their own costs and fees.

Accordingly, through stipulation, good cause has been established for this matter to be dismissed.

Dated: March 16, 2026

1

Respectfully Submitted,

                                                    TROY RIVETTI
                                                    United States Attorney


/s/ Christopher M. Casazza                          /s/ Matthew McHale
CHRISTOPHER M. CASAZZA                              MATTHEW McHALE
Bar No. PA309567                                    Assistant United States Attorney
Palladino, Isbell & Casazza, LLC                    Joseph F. Weis, Jr., U.S. Courthouse
1528 Walnut St, Suite 1701                          700 Grant Street, Suite 4000
Philadelphia, PA 19102                              Pittsburgh, PA 15219
p. (215) 576-9000                                   412-894-7447
f. (215) 689-3531                                   matthew.mchale@usdoj.gov
chris@piclaw.com                                    PA ID No. 91880

Counsel for Petitioner                              Counsel for Respondents


AND NOW, this ____17th____,
day of __March__, 20_26_,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2